# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 15, 2016

### NO.  03-14-00529-CV

**Jerome J. Isaac and Michelle P. Isaac, Appellants**

**v.**

**Vendor Resource Management, Inc.; Mortgage Electronic Registration Systems, Inc.; and CitiMortgage, Inc., Appellees**

**APPEAL FROM 26TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
AFFIRMED -- OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgment signed by the district court on May 23, 2014.  Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment.  Therefore, the Court affirms the district court's judgment.  The appellants shall pay all costs relating to this appeal, both in this Court and the court below.